

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:      In re Jared Lloyd Shaklin

Appellate case number:    01-14-00922-CR

Trial court case number:  941654-A

Trial court:              337th District Court of Harris County

The Court requests a response to the petition for writ of mandamus from the State of Texas.  The response, if any, is due within 30 days of the date of this order.

It is so ORDERED.

Judge's signature: __/s/ Harvey Brown
                   X  Acting individually

Date:  November 20, 2014